**E-Filed 5/31/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC., | Case Number C-02-2521-JF (RS) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| ARM HOLDINGS, PLC, et al., | |
| Defendants. | |

The judgment in this matter having been vacated and remanded by the Federal Circuit, the Court will set a status conference to discuss further proceedings. Defendants assert that the Federal Circuit did not hold that there was any substantive error in this Court's ruling, but rather stated that the ruling was not sufficiently detailed to permit appellate review; they request leave to provide proposed findings of fact and conclusions of law confirming the Court's earlier summary judgment of noninfringement. They also request a stay of the action pending issuance of a new summary judgment order in their favor.

Plaintiff asserts that the Federal Circuit opinion expressly contemplates further proceedings, such as submission of additional evidence and new competing infringement charts,

and that Defendants' proposed approach would be inconsistent with the Federal Circuit's instructions and would impose further needless delay. Plaintiff requests a status conference for the purpose of discussing the scheduling of a *Markman* hearing, motions, discovery deadlines and the like.

The Court is not inclined to reissue its prior ruling without further proceedings, but at the same time it is not persuaded that starting at ground zero as proposed by Nazomi is either necessary or appropriate. The Court requests that each party submit a detailed proposal as to how this Court should proceed on remand. Such proposal shall be filed and served on or before June 7, 2005. The parties shall appear for a status conference to discuss further proceedings in this case at 10:30 a.m. on June 10, 2005.

IT IS SO ORDERED.

DATED: 5/31/05

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:
2
3
4  Ethan B. Andelman     andelmane@howrey.com, andelmane@howrey.com

   Brandon D. Baum      bbaum@cooley.com
5
   Thomas J. Friel , Jr    tfriel@cooley.com, fnyland@cooley.com;prussell@cooley.com
6
   Darren J. Gold     goldd@howrey.com, hobbsw@howrey.com
7
   Jeffrey S. Karr     jkarr@cooley.com
8
   Andrew Y. Piatnicia     piatniciaa@howrey.com,
9  buccinol@howrey.com;taylorr@howrey.com;guthartg@howrey.com;guthartg@howrey.com

10 Sayuri K. Sharper     ssharper@cooley.com,

11 Bernard C. Shek     bshek@skadden.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C-02-2521-JF (RS)
ORDER SETTING STATUS CONFERENCE
(JFLC2)