COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
JEFFREY S. KARR (186372) (jkarr@cooley.com)
SAYURI K. SHARPER (232331) (ssharper@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

**E-filed 9/20/05**

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARM HOLDINGS, PLC; ARM LIMITED; ARM, INC. and DOES 1-100,<br><br>Defendants. | Case No. C02-02521 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CLAIM CONSTRUCTION HEARING**<br><br>Prior Date: September 16, 2005<br>New Date: October 4, 2005<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 3, 5th Floor<br>Judge: Hon. Jeremy D. Fogel |

Pursuant to the request of the Court, plaintiff Nazomi Communications, Inc. and Defendants ARM Holdings, PLC, ARM Limited, and ARM, Inc., by and through their respective counsel of record, hereby stipulate to a continuance of the claim construction hearing currently scheduled for September 16, 2005, to October 4, 2005, at 9:00 a.m. This stipulation is based on the following facts:

**WHEREAS**, the Court set a claim construction hearing for September 16, 2005;

**WHEREAS**, on or about September 1, 2005, the Court indicated that a continuance of the claim construction hearing was necessary and requested that parties meet and confer and agree on one of two alternative dates proposed by the Court;

**WHEREAS**, the parties have discussed the two alternative dates and have agreed to proceed with the claim construction hearing on October 4, 2005, at 9:00 a.m.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND ORDER RE CONTINUANCE
OF CLAIM CONSTRUCTION HEARING
CASE NO. C02-02521 (JF)

**NOW, THEREFORE**, the parties, by and through their respective counsel of record, hereby stipulate as follows:

That the claim construction hearing currently scheduled for September 16, 2005, is continued to October 4, 2005, at 9:00 a.m.

Dated: September 13, 2005  COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065)
JEFFREY S. KARR (186372)
SAYURI K. SHARPER (232331)

*/s/ Jeffrey S. Karr*
Jeffrey S. Karr
Attorneys for Plaintiff Nazomi Communications, Inc.

Dated: September 13, 2005  HOWREY LLP
ROBERT P. TAYLOR
ANDREW Y. PIATNICIA
ETHAN B. ANDELMAN

*/s/ Andrew Y. Piatnicia*
Andrew Y. Piatnicia
Attorneys for Defendants ARM HOLDINGS PLC, ARM LTD., and ARM, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 20, 2005

/s/electronic signature authorized
The Honorable Jeremy Fogel
United States District Judge

710945 v1/PA