ROBERT P. TAYLOR (SBN 46046)
ANDREW Y. PIATNICIA (SBN 174691)
HOWREY LLP
301 Ravenswood Avenue
Menlo Park, CA 94025-3434
Telephone: (650) 463-8100
Facsimile: (650) 463-8400
Email: taylorr@howrey.com
Email: piatniciaa@howrey.com

ETHAN B. ANDELMAN (SBN 209101)
LISA S. BUCCINO (SBN 205266)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: andelmane@howrey.com
Email: buccinol@howrey.com

Attorneys for Defendants
ARM HOLDINGS PLC, ARM LTD., and ARM, INC.

**E-filed 10/5/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARM HOLDINGS, PLC; ARM LIMITED; ARM, INC.; and DOES 1-100,<br><br>Defendants. | Case No. C02-02521 JF<br><br>**PLAINTIFF'S AND DEFENDANTS' JOINT APPLICATION AND ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION HEARING**<br><br>Date: October 11, 2005<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

Counsel for Plaintiff Nazomi Communications, Inc. ("Nazomi") and Defendants Arm Holdings, PLC, Arm Limited, and Arm, Inc. ("ARM") hereby request permission of the Court to bring equipment to the Federal Courthouse and to access Courtroom 3 for the purpose of installation

JOINT APPLICATION AND [PROPOSED] ORDER RE DELIVERY
OF EQUIMENT AND COURTROOM SET UP FOR CLAIM
CONSTRUCTION HEARING
CASE NO. C02-02521 JF

HOWREY LLP

DM_US\8261839.v1

1  of computer equipment for use in presentation of exhibits and evidence during the claim construction
2  hearing currently scheduled for 9:00 a.m. on October 11, 2005.
3      On October 11, 2005, between the hours of 8:00 a.m. and 9:00 a.m., or such other suitable
4  time as determined by the Court, the following equipment and persons shall be permitted entry into
5  the United States Courthouse for the Northern District of California, located at 280 South First Street,
6  San Jose, California:
7      1.   Personnel from and/or under the direction of counsel for Nazomi and for ARM, and
8  service vendors, will be delivering and moving into Courtroom 3 the following equipment:
9          a)   computers and related monitors, keyboards, light pens, disk drives, audio
10             speakers, and CD-ROM changers;
11         b)   several laptop notebook computers;
12         c)   two ELMO document cameras;
13         d)   overhead projectors;
14         e)   one monitor for the judge;
15         f)   one projection screen for the viewing audience;
16         g)   switches, distribution amps, and line doublers for the above equipment;
17         h)   carts and stands for the above equipment;
18         i)   multiple easels for presentation of posters and scratchpads; and
19         j)   the necessary wires, cables, extension cords, powerstrips, peripherals, and tools
20             to install and connect the above equipment.
21     2.   Personnel from and/or under the direction of Nazomi's and ARM's counsel will be
22  delivering numerous boxes of documents, binders and related case materials;
23     3.   To the extent possible, the vendors for Nazomi and for ARM shall be permitted to
24  deliver the aforementioned materials and equipment into the Courthouse through the service
25  entrance; and
26     4.   The aforementioned equipment cannot go through the X-ray machine and will need to
27  be searched by other means.
28  

HOWREY LLP

JOINT APPLICATION AND [PROPOSED] ORDER RE
DELIVERY OF EQUIMENT AND COURTROOM SET UP          -2-
FOR CLAIM CONSTRUCTION HEARING
CASE NO. C02-02521

DM_US\8261839.v1

Dated: October 4, 2005  Respectfully requested,

HOWREY LLP
ROBERT P. TAYLOR
ANDREW Y. PIATNICIA
ETHAN B. ANDELMAN

By: /s/ Andrew Y. Piatnicia
Andrew Y. Piatnicia
Attorneys for Defendants ARM HOLDINGS PLC, ARM LTD., and ARM, INC.

COOLEY GODWARD LLP
THOMAS J. FRIEL, JR.
JEFFREY S. KARR
SAYURI K. SHARPER

By: /s/ Jeffrey S. Karr with permission Andrew Y. Piatnicia
Jeffrey S. Karr
Attorneys for Plaintiff NAZOMI COMMUNICATIONS, INC.

**IT IS SO ORDERED**.

Dated: 10/5/05          /s/electronic signature authorized

HON. JEREMY FOGEL
United States District Judge

JOINT APPLICATION AND [PROPOSED] ORDER RE DELIVERY OF EQUIMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION HEARING
CASE NO. C02-02521          -3-

HOWREY LLP