\*\*E-Filed 1/30/07\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARM HOLDINGS, PLC, et al.,<br><br>　　　　　　Defendants. | Case Number C 02-2521 JF (RS)<br><br>ORDER DISMISSING DEFENDANTS' COUNTERCLAIM WITHOUT PREJUDICE |

　　　Defendants' counterclaim is DISMISSED WITHOUT PREJUDICE pursuant to Defendants' consent set forth at page 1, note 1, of Defendants' reply brief filed January 26, 2007.

　　　IT IS SO ORDERED.

DATED:  1/30/07

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C 02-2521 JF (RS)
ORDER DISMISSING DEFENDANTS' COUNTERCLAIM WITHOUT PREJUDICE
(JFLC2)

1  Copies of Order served on:

3  Ethan B. Andelman     andelmane@howrey.com, gagnons@howrey.com

4  Brandon D. Baum     bbaum@mayerbrown.com

5  Thomas J. Friel , Jr    tfriel@cooley.com, fnyland@cooley.com; phennings@cooley.com; calendarreq@cooley.com

7  Jeffrey S. Karr     jkarr@cooley.com, phennings@cooley.com

8  Andrew Y. Piatnicia     piatniciaa@howrey.com, buccinol@howrey.com; taylorr@howrey.com; guthartg@howrey.com; cranes@howrey.com

9  Sayuri K. Sharper     sayurisharper@quinnemanuel.com, anelrice@quinnemanuel.com

10  Bernard C. Shek     bshek@skadden.com

11  Timothy S. Teter     teterts@cooley.com, scaamal@cooley.com

12  Clifford Liu
Cooley Godward Kronish LLP
13  Five Palo Alto Square
3000 El Camino Real
14  Palo Alto, CA 94306-2155